UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Criminal No. 10-00599 (SRC) |
| WADE BRUTON | : | **ORDER** |

The Court having presided over the defendant's guilty plea to Count 6 of the Petition for Violation of Supervised Release charging him with unlawful use of marijuana, a controlled substance, it is hereby ORDERED:

1. Defendant is hereby adjudged guilty of violating the terms of his supervised release;

2. Defendant shall appear before this Court for sentencing on September 17, 2012 at 9:30 a.m.; and

3. Defendant shall remain on supervised release pending sentencing. As a special condition of supervised release, he shall submit to periodic drug testing as set forth by Probation. All other original terms of supervised release remain in effect.

_____
HON. STANLEY R. CHESLER
United States District Judge

Dated: June __, 2012